# CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 06 2014 ★
LONG ISLAND OFFICE

----------------------------------------------------------x

Gerard Hatch

Full name of plaintiff/prisoner ID#

Plaintiff,

CV-14 3628

JURY TRIAL DEMAND
YES ✓ NO ____

-against-

John Doe 1, John Doe 2
John Doe 3, John Doe 4
John Doe 5,

SEYBERT, J

Enter full names of defendants
[Make sure those listed above are identical to those listed in Part III.]

Defendants.

BROWN, M.J.

----------------------------------------------------------x

I. Previous Lawsuits:

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: ____________________

Defendants: ____________________

2. Court (if federal court, name the district; if state court, name the county)

____________________

3. Docket Number: ____________________

4. Name of the Judge to whom case was assigned: ______________

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)

______________________________________________

6. Approximate date of filing lawsuit: ______________________

7. Approximate date of disposition: ________________________

II. Place of Present Confinement: 110 Center Drive Riverhead N.Y. 11901

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

C. If your answer is YES,

1. What steps did you take? ______________________

______________________________________________

______________________________________________

2. What was the result? ______________________

______________________________________________

D. If your answer is NO, explain why not Because it's not The Jail, But it is the 3rd Precinct 5th Ave Brentwood N.Y 11717

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (✓)

F. If your answer is YES,

1. What steps did you take? ______________________

______________________________________________

______________________________________________

2. What was the result? ______________________

______________________________________________

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff GERARD HATCH CC 343177

Address 110 CENTER DRIVE RIVERHEAD N.Y. 11901

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1 John Doe #1
3rd Precinct 5th Ave
Brentwood N.Y. 11717

Defendant No. 2 John Doe #2
3rd Precinct 5th Ave
Brentwood N.Y. 11717

Defendant No. 3 John Doe #3
3rd Precinct 5th Ave
Brentwood N.Y. 11717

Defendant No. 4 John Doe #4
3rd Precinct 5th Ave
Brentwood N.Y. 11717

Defendant No. 5 John Doe #5
3rd Precinct 5th Ave
Brentwood N.Y. 11717

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

ON 3/10/14 Being under the influance of Alcohol Driving A CAR. I did not stop for The Police, out of fear that the Police was going to beat me up Again. And the Police did just that beat me up when I hade hand cuff's on my hand.

IV. A If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I have eye fractures on both side's of my eye's And A Round my eye's socket on my face. I also suffer from headache's now, And dizzness. my vision is very blury now, And I still have black eye's on both sides of my face now. And the fractures still hurt And Are not yet healed up on my face.

V. Relief:

State what relief you are seeking if you prevail on your complaint.

Compensatory damages of 5 million Dollars TAKE certain Actions, Preliminary injunction. That this do not happin to Anyone Else. Declaralory judgment

I declare under penalty of perjury that on MAY 27, 2014 (Date) I delivered this complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 29 day of MAY, 20 14. I declare under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of Plaintiff

Suffolk Corrections
Name of Prison Facility

110 Center Drive
Riverhead N.Y.
11901
Address

343177
Prisoner ID#